UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SETH DOLCE,

       Plaintiff,

   -against-

DAVID PEZZOLA, et al.,

       Defendants.
------------------------------------------------------------ X

23 Civ. 10049 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, the April 19, 2025, Order permits Defendant American Street Capital, LLC ("ASC") to file any motion to dismiss by April 23, 2025, and if it does, to file a reply by May 14, 2025.

 WHEREAS, no such motion to dismiss was filed. It is hereby

 **ORDERED** that, by **May 22, 2025**, ASC shall file an answer.

Dated: May 15, 2025
   New York, New York

                   LORNA G. SCHOFIELD
                   UNITED STATES DISTRICT JUDGE