UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
SETH DOLCE, TRIBECA CAPITAL, LLC,   :
                                  Plaintiffs,   :
:      23 Civ. 10049 (LGS)
           -against-   :
:      **ORDER**
DAVID PEZZOLA et al.,   :
                                Defendants.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs have filed a declaration of Paula A. Miller in Opposition to Defendants' motion to dismiss (the "Declaration") (Dkt. No. 77).

      WHEREAS, the Declaration contained redacted exhibits, and Plaintiffs did not move to seal the exhibits or otherwise request approval for their redactions.

      WHEREAS, "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Concerns for personal safety counsel in favor of non-disclosure. *See Sec. & Exch. Comm'n v. Ripple Labs, Inc.*, No. 20 Civ. 10832, 2023 WL 3477552, at *2 (S.D.N.Y. May 16, 2023). It is hereby

      **ORDERED** that, by **November 24, 2025**, Plaintiffs shall file a letter motion not to exceed three pages, addressing why the redacted information in the Declaration should remain

sealed and following Individual Rule I.D.3.[1]  Plaintiffs shall present specific arguments as to each redacted portion of the Declaration.

Dated: November 17, 2025
       New York, New York

                                                LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE

---

[1] The Court's Individual Rules are available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/LGS%20Schofield%20Individual%20Rules%20Civil%20%20%28updated%203.18.25%29.pdf

2