*The Law Offices of*

PAULA A. MILLER, P.C.
257 East Main Street, Suite A
Smithtown, New York 11787
(631) 979-6666 *telephone*
(631) 979-6701 *fascimile*

Paula A. Miller *
*pmiller@pmesq.com*

Edson Coley **
*of Counsel*

Martin H. Pollack
*of Counsel*

** Admitted to NY and FL Bars*
*** Admitted to NY and NJ Bars*

Mary E. Martinez
*Paralegal*
*mmartinez@pmesq.com*

Defendants shall respond by **March 24, 2026**.
So Ordered.

Dated: March 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

March 20, 2026

Via ECF
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Tribeca v. Pezzola, et al.
Case No.: 1:23-cv-10049-LGS

Your Honor:

Please be advised that this firm represents Plaintiff Tribeca Capital, LLC ("Tribeca") in the above matter.

As indicated in the parties' joint letter of February 20, 2026 (ECF 134), the parties reached a settlement in principle. The Court dismissed the case with leave to restore in 30 days (by March 26) if the settlement was not finalized. (ECF 135)

On February 24, 2026, I circulated a proposed draft of a settlement agreement to all counsel. Thereafter, I engaged in several rounds of revisions of the agreement with counsel for Defendant David Pezzola ("Pezzola").

Pezzola's counsel sought various protections for non-parties (parties who were dismissed from the case in 2024) and who are not contributing to any settlement. Although my clients initially objected to adding such protections, it appears that we are close to working out a mutually agreeable solution, although the signatures of several non-partes will be involved.

Further, although to date we have not received any comments to the drafts from counsel for Defendant American Street Capital LLC ("ASC"), we recently learned that ASC's counsel

had a sudden death in the family. ASC's counsel advised that revisions would be forthcoming by today. This afternoon, we were advised that ASC's principal is away with limited ability to communicate with counsel and will only be returning on March 24, 2026, leaving little time to finalize the settlement by the Court's deadline of March 26, 2026.

We respectfully request that the Court restore the case and direct the Defendants to expedite the finalization of the settlement agreement by no later than March 27, 2026. If the parties are unable to report back to the Court by March 27, 2026 that a settlement agreement has been fully executed, we request that the Court schedule a conference.

Thank you in advance for your consideration.

Very truly yours,

Paula A. Miller

cc: All Counsel via ECF