# BESETZNY LAW P.C.

Attorneys and Counselors at Law

222 S. Prospect Avenue
3rd Floor, Office 319
Park Ridge, Illinois 60068

Kevin S. Besetzny
Direct (312) 754-9129
Mobile (312) 925-7105
kbesetzny@besetznylaw.com

March 24, 2026

**VIA ECF**

Judge Lorna G. Schofield
United States District Court for
the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Tribeca Capital, LLC v. David Pezzola, er al.
Case No. 23-cv-10049-LGS
Our File No. 424.01

Dear Judge Schofield:

Defendant, American Street Capital, LLC ("ASC"), provides this letter in response to Plaintiff's March 20, 2026 motion letter (ECF 136) and this Court's March 23, 2026 order (ECF 137).

ASC agrees with and adopts the positions set forth in the letter in response (ECF 138) submitted by Defendant, David Pezzola, to Plaintiff's March 20, 2026 motion letter (ECF 136) and this Court's March 23, 2026 order (ECF 137).

Since February 24, 2026, counsel for Plaintiff and David Pezzola have been exchanging various drafts, revisions and edits to the settlement agreement; the most recent having been submitted by Pezzola's counsel on the morning of March 20, 2026. Although ASC has received and reviewed each of the various drafts, since it is a minor party in this litigation, it has held off making suggested changes or comments on the various drafts until Plaintiff and Pezzola had agreed on the principle terms of the agreement. During the same period, ASC's counsel experienced a sudden and unexpected death in his family on the evening of March 6 which took him away from his work for much of the following week until March 16.

The principle terms of the settlement seem to have been agreed to by counsel for Plaintiff and Pezzola on March 20, 2026, subject to review by Plaintiff.

As of the early afternoon of March 20, the revised settlement agreement was under review by ASC's counsel, but not yet reviewed by ASC's principle who was then out of town and not expected to return until March 24. ASC is diligently working to complete its review of the March 20 draft settlement agreement and reviewing same

with its principle in order to provide any suggested changes or confirm its agreement to the latest version of the settlement agreement.

ASC submits that Pezzola's suggested April 10, 2026 deadline for completion of all settlement documents, which includes the mutual release documents involving various persons and entities previously identified as Defendants or as purported parties to various fee agreements with Plaintiff, is reasonable. ASC respectfully joins in Pezzola's proposal that this Court enlarge its deadline to complete the settlement agreement and related document to that date.

Very truly yours,

AMERICAN STREET CAPITAL, LLC

*/s/ Kevin S. Besetzny*
By:______________________________
One of its Attorneys

Kevin S. Besetzny (*pro hac vice*)
Besetzny Law P.C.
222 S. Prospect Avenue
3rd Floor, Office 319
Park Ridge, IL 60068
(312) 754-9129
kbesetzny@besetznylaw.com
Illinois ARDC No. 6158595