SFBBG
Schoenberg | Finkel | Beederman | Bell | Glazer LLC

**Dean C. Kalant**
Attorney At Law

300 S. Wacker Drive
Suite 1500
Chicago, IL 60606
T 312.648.2300, Ext. 133
D 312.775.3638
C 312.259.8398
F 312.648.1212
E dean.kalant@sfbbg.com

May 12, 2026

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Tribeca Capital, LLC v. David Pezzola, et al., Case No. 23-CV-10049-LGS***

Dear Judge Schofield:

We write in response to plaintiff Tribeca Capital, LLC's May 11, 2026 letter motion to reopen this case (ECF 147). Consistent with Section III(A)(1) of Your Honor's Individual Rules and Procedures for Civil Cases, defendant David Pezzola respectfully requests five business days to respond to plaintiff's letter motion, *i.e.* to May 18, 2026

Respectfully submitted,

SCHOENBERG FINKEL
BEEDERMAN BELL GLAZER LLC

/s/ *Dean C. Kalant*
Dean C. Kalant

cc: Richard M. Goldwasser (via ECF notification)
Dan Brecher (via ECF notification)
Kevin Besetzny (via ECF notification)