SFBBG
Schoenberg | Finkel | Beederman | Bell | Glazer LLC

Dean C. Kalant
Attorney At Law

300 S. Wacker Drive
Suite 1500
Chicago, IL 60606
T 312.648.2300, Ext. 133
D 312.775.3638
C 312.259.8398
F 312.648.1212
E dean.kalant@sfbbg.com

Application **GRANTED** for substantially the reasons stated in this letter. The filings at Dkt. Nos. 162, 163, and 164 may be filed under seal.

The Clerk of Court is respectfully directed to close the motion at Dkt. 161.

Dated: August 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

August 14, 2026

**VIA ECF**
Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

Re: ***Tribeca Capital, LLC v. David Pezzola, et al.*; Case No. 23-cv-10049-LGS**

Dear Judge Schofield:

Pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases, Standing Order 21-mc-13, and Section 6 of the SDNY Electronic Case Filing Rules & Instructions, defendants David Pezzola ("Pezzola") and American Street Capital ("ASC") respectfully move for leave to file under seal their Motions to Enforce Settlement Agreement and Other Relief, supporting Memorandum of Law, and Exhibits (collectively, the "Settlement Enforcement Filings"). The proposed sealed documents will be contemporaneously filed through ECF and related to this letter motion. While Plaintiff disagrees that the parties reached an enforceable settlement agreement and disagrees with Pezzola's and ASC's characterization of same, Plaintiff does not object to Pezzola's and ASC's request to file under seal.

The Settlement Enforcement Filing concerns the existence and enforceability of a settlement the parties contemplated would remain confidential. They necessarily describe and quote nonpublic settlement communications, negotiating positions, settlement terms, the circumstances surrounding counsel's settlement authority, and the parties' efforts to memorialize and implement the agreement. Those matters are interwoven throughout the Motion, Memorandum, declaration, and exhibits. Public filing would disclose the very settlement information whose confidentiality is at issue, while line-by-line redaction would require pervasive redactions that would substantially obscure the filings and risk inadvertent disclosure.

The request also preserves privilege protections already asserted during discovery. Certain exhibits consist of documents produced by plaintiff's former counsel, Paula A. Miller in response to a subpoena *duces tecum* served on her. Plaintiff's current counsel of record reviewed those materials before production and redacted portions on attorney-client privilege grounds.

SFBBG
Schoenberg | Finkel | Beederman | Bell | Glazer LLC



Pezzola will file those exhibits in the redacted form in which they were produced and does not seek through this application to disturb those privilege redactions.

Pezzola and ASC recognize the public right of access to judicial documents. Here, however, sealing protects nonpublic settlement communications and asserted privilege while the Court decides whether the settlement is enforceable. *See In re Gen. Motors LLC Ignition Switch Litig.*, No. 14-MD-2543, 2016 WL 1317975, at *2 (S.D.N.Y. Mar. 2, 2016) ("The Second Circuit has repeatedly affirmed the importance of settlement confidentiality in light of the public interest in promoting settlement . . . ."). Because the settlement facts, terms, and communications permeate the Settlement Enforcement Filing, sealing them in full is the most practical means of protecting those interests at this stage.

Accordingly, Pezzola and ASC respectfully request leave to file the Settlement Enforcement Filings under seal, accessible only to the Court and the persons identified in Appendix A. If the Court is not inclined to permit sealing in full, Pezzola and ASC alternatively request that the Settlement Enforcement Filings remain temporarily sealed while Pezzola and ASC submit any public, narrowly redacted versions the Court directs.

Respectfully,

/s/ *Dean C. Kalant*
Dean C. Kalant
Counsel for David Pezzola

/s/ *Kevin Besetzny*
Kevin Besetzny
Counsel for American Street Capital

cc: Counsel of Record (via ECF notification)

**APPENDIX A**
**Persons Authorized to Access Sealed Documents**

| Name | Status |
|---|---|
| David Pezzola | Party |
| Tribeca Capital, LLC | Party |
| Dean C. Kalant | Attorney |
| Richard M. Goldwasser | Attorney |
| Dan Brecher | Attorney |
| Keven Bezentzy | Attorney |