SFBBG
Schoenberg | Finkel | Beederman | Bell | Glazer LLC

**Dean C. Kalant**
Attorney At Law

300 S. Wacker Drive
Suite 1500
Chicago, IL 60606
T 312.648.2300, Ext. 133
D 312.775.3638
C 312.259.8398
F 312.648.1212
E dean.kalant@sfbbg.com

Application **GRANTED** for substantially the reasons stated in this letter. The filings at Dkts. 173 and 174 may be filed under seal.

The Clerk of Court is respectfully directed to close the motion at Dkt. 172.

Dated: October 5, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

October 2, 2026

**VIA ECF**
Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

Re: ***Tribeca Capital, LLC v. David Pezzola, et al.*; Case No. 23-cv-10049-LGS**

Dear Judge Schofield:

Pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases, Standing Order 21-mc-13, and Section 6 of the SDNY Electronic Case Filing Rules & Instructions, defendants David Pezzola ("Pezzola") and American Street Capital ("ASC") respectfully move for leave to file under seal each of Pezzola's and ASC's Reply in Support of Motion to Enforce Settlement Agreement and Other Relief (the "Replies"). The proposed sealed Replies will be contemporaneously filed through ECF and related to this letter motion.

The Court has already permitted both sides to file their submissions concerning this same settlement-enforcement dispute under seal, including Defendants' opening submissions and Plaintiff's opposition and supporting materials. (ECF 165 and ECF 170.) The proposed filings are Defendants' replies in that same motion sequence. The Replies address the same asserted settlement, discusses the same nonpublic settlement communications and terms, and responds directly to materials Plaintiff filed under seal. Public filing of the Replies would therefore disclose information the Court has already permitted the parties to submit under seal.

The same confidentiality and privilege considerations described in Defendants' prior sealing application remain applicable. The Replies necessarily discuss nonpublic settlement communications, the parties' negotiating positions and settlement terms, the circumstances surrounding counsel's settlement authority, and communications involving Plaintiff and its former counsel. It also addresses materials produced by Plaintiff's former counsel subject to Plaintiff's asserted privilege redactions. Because these matters are interwoven throughout the Replies, line-by-line redaction would require pervasive redactions that would substantially obscure the filing and risk inadvertent disclosure.

SFBBG
Schoenberg | Finkel | Beederman | Bell | Glazer LLC



Pezzola and ASC recognize the public right of access to judicial documents. Here, however, the Court has already permitted the parties' submissions concerning this settlement dispute to be filed under seal, and the same considerations apply to this Reply. *See In re Gen. Motors LLC Ignition Switch Litig.*, No. 14-MD-2543, 2016 WL 1317975, at *2 (S.D.N.Y. Mar. 2, 2016) ("The Second Circuit has repeatedly affirmed the importance of settlement confidentiality in light of the public interest in promoting settlement . . . ."). This application seeks only consistent treatment of the Replies while the Court resolves the same settlement-enforcement dispute.

Accordingly, Pezzola and ASC respectfully request leave to file the Reply under seal, accessible only to the Court and the persons identified in Appendix A. If the Court is not inclined to permit sealing in full, Pezzola and ASC alternatively request that the Reply remain temporarily sealed while they submit any public, narrowly redacted version the Court directs.

Respectfully,

/s/ *Dean C. Kalant*
Dean C. Kalant
Counsel for David Pezzola

/s/ *Kevin Besetzny*
Kevin Besetzny
Counsel for American Street Capital

cc: Counsel of Record (via ECF notification)

**APPENDIX A**
**Persons Authorized to Access Sealed Documents**

| Name | Status |
|---|---|
| David Pezzola | Party |
| Tribeca Capital, LLC | Party |
| Dean C. Kalant | Attorney |
| Richard M. Goldwasser | Attorney |
| Dan Brecher | Attorney |
| Keven Bezentzy | Attorney |