SCARINCI | HOLLENBECK LLC
ATTORNEYS AT LAW

519 8TH AVENUE, 25TH FLOOR
NEW YORK, NY 10018
212.286.0747 • sh-law.com

**DAN BRECHER** | Counsel
dbrecher@sh-law.com
Phone: 212-286-0747
Cell: 917-861-5057

As the motion at Dkt. 176 has been withdrawn, the Clerk of Court is respectfully directed to close the motion.

Dated: October 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

October 15, 2026

**VIA ECF**
Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

**Re: *Tribeca Capital, LLC v. David Pezzola, et al.*; Case No. 23-cv-10049-LGS**

Dear Judge Schofield:

Plaintiff Tribeca Capital LLC, Defendants David Pezzola and American Street Capital, LLC., together with non-party Paula A. Miller, P.C. (the "Correspondents), jointly and respectfully submit this letter reporting the resolution of the letter motion dated October 7, 2026 (ECF 176) seeking access to sealed documents herein. The letter motion will be withdrawn on the following basis.

The Plaintiff and the Defendants will each provide counsel for Paula A. Miller, P.C. ("Miller") with copies of the Declarations and exhibits submitted herein in the motion to reopen and the motion to enforce that are sub judice. This will include copies of portions of recordings of telephone calls that contain the statements of Paula A. Miller that were quoted by Plaintiff in the Dolce Declaration and that were previously delivered to the Defendants, and texts and E-mails between Plaintiff and Miller that were submitted as exhibits to the Dolce Declaration submitted in support of the motion to reopen.

The delivery of any documents and recordings hereunder is without prejudice to and without waiver of any rights or privileges of Plaintiff and Seth Dolce, including, but not limited to, without waiver of any attorney client privileges by Plaintiff and Seth Dolce. Miller and her counsel will maintain the confidentiality of the documents delivered in accordance with N. Y. Rules of professional Conduct 1.6 and subject to the exceptions therein.

Miller agrees to withdraw the letter motion that is ECF 176, without prejudice to refiling after the final resolution of each of the pending motions.

Correspondents have all agreed to the above, and join in this letter report to the Court, in accord with the Court' October 8, 2026 Order.

Respectfully,

/s/ *Dan Brecher*

Dan Brecher, Esq.
Counsel for Plaintiff

cc: Counsel of Record (via E-mail and ECF notification)
Marian C. Rice, Esq., Counsel for Paula A Miller, P.C.(via E-mail)